CASE UNSEALED PER ORDER OF COURT

14 MAY 23 PM 4: 15

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

September 2013 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>HENRY ADDO (1),<br>  aka Amah,<br>  aka Amma,<br>  aka Armah,<br>EDMUND SESHIE (2),<br>  aka Eddie Bay,<br>ABDUL REZAK SHAIB (3),<br>  aka Zak,<br><br>    Defendants. | Case No. '14 CR 1448 DMS<br><br>I N D I C T M E N T<br><br>Title 18, U.S.C., Sec. 1349 - Conspiracy to Commit Mail Fraud and Wire Fraud; Title 18, U.S.C., Sec. 1341 - Mail Fraud; Title 18, U.S.C., Sec. 1343 - Wire Fraud; Title 18, U.S.C., Sec. 2 - Aiding and Abetting; Title 18, U.S.C., Sec. 1028A - Aggravated Identity Theft; Title 18, U.S.C., Sec. 981(a)(1)(C) and Title 28, U.S.C., Sec. 2461(c) - Criminal Forfeiture |

The Grand Jury charges, at all times material:

INTRODUCTORY ALLEGATIONS

1.   From at least 2011 until present, defendant HENRY ADDO, a Ghanaian citizen, resided in Accra, Ghana.

2.   From at least 2011 until present, defendant EDMUND SESHIE, a Ghanaian citizen, resided in Columbus, Ohio.  SESHIE resided legally in the United States as a legal permanent resident.  SESHIE is ADDO's first cousin.

//
//

WMC:JPME:nlv(4):San Diego
5/23/14

3. From at least 2011 until present, defendant ABDUL REZAK SHAIB, a naturalized United States citizen who was born in Ghana, resided in New York, New York.

4. "Sakawa" is a widespread practice in Ghana which combines modern internet-based fraud practices targeting foreigners with traditional African religious rituals.

5. "Carders" are criminals who buy, sell, and trade online stolen credit card data on the black market.

6. "Carder sites" are internet websites that offer stolen credit cards for sale in bulk. Purchases of stolen credit card data on "carder sites" can be fine-tuned according to the type of card, bank name, and country. Purchasers can also search for additional personal information about the card holders, including address, email address, phone number, and date of birth.

7. D.D and S.M., C.S., S.V., M.M., and L.C., are actual card holders whose identities were stolen no later than July 20, 2011.

8. A "chargeback" or a "reversal" is the return of funds to a consumer, mainly used in the United States, forcibly initiated by the issuing bank of the credit or debit card used by a consumer to settle a debt. Specifically, it is the reversal of a prior outbound transfer of funds from a consumer's bank account, line of credit, or credit card. Holders of credit cards issued in the United States are afforded reversal rights by Regulation Z of the Truth in Lending Act and United States debit card holders are guaranteed reversal rights by Regulation E of the Electronic Fund Transfer Act. Similar rights extend globally, pursuant to the rules established by the corresponding card association or bank network. Chargebacks provide a means of reversal of unauthorized transfers due to identity theft.

9. Autotrader.com is an online marketplace for car shoppers and sellers. It aggregates millions of new, used, and certified second-hand cars from thousands of dealers and private sellers.

10. "Magic Jack" is a Voice over Internet Protocol ("VOIP") communication service that utilizes an Internet connection to provide phone service. It allows the user to make free local and long distance telephone calls. The customer purchases the "Magic Jack" device and then registers it over the Internet, after putting the device into the computer communications port. A phone number is assigned for the user when the device is registered.

11. A Non-Vessel Operating Common Carrier ("NVOCC") is a company licensed by the Federal Maritime Commission ("FMC") that is bonded and insured for purposes of exporting goods in foreign commerce.

## Count 1

### 18 U.S.C. § 1349

### CONSPIRACY TO COMMIT MAIL FRAUD AND WIRE FRAUD

12. The allegations contained at paragraphs 1 through 11 are realleged and incorporated by reference.

13. Beginning on a date unknown, but no later than October 2011, and continuing until at least February 2013, within the Southern District of California and elsewhere, defendants HENRY ADDO, aka Amah, aka Amma, aka Armah, EDMUND SESHIE, aka Eddie Bay, and ABDUL REZAK SHAIB, aka Zak, did knowingly and intentionally conspire with each other and with others known and unknown to the grand jury to commit the crimes of mail fraud; in violation of Title 18, United States Code, Section 1341, and wire fraud, in violation of Title 18, United States Code, Section 1343.

//

3

Purpose of the Conspiracy

14. The purpose of the conspiracy was to defraud United States-based automobile dealerships by using stolen credit card information and counterfeit identification documents in order to fraudulently purchase vehicles and ship them to Ghana for resale before the dealerships received chargebacks for the fraudulent purchases or the identity theft victims learned of the crime.

Manner and Means

15. To accomplish this purpose, it was part of the conspiracy that defendants HENRY ADDO, EDMUND SESHIE, and ABDUL REZAK SHAIB:

    a. purchased stolen credit card information, including card-holder name, card number, expiration date, and billing information, from carder websites located in foreign countries, including Singapore;

    b. manufactured counterfeit driver's licenses based on the stolen credit card information, including counterfeit driver's licenses for D.D. and S.M.;

    c. identified used cars for sale on Autotrader.com and automobile dealership websites;

    d. used Magic Jack VOIP to place interstate and international phone calls to communicate among themselves and with victim dealerships;

    e. assumed the identity of the stolen credit card holders and provided the stolen credit card information to victim dealerships during phone calls;

    f. negotiated the purchase of used cars with victim dealerships and then transmitted to the victim dealerships, via interstate and international email and

4

      facsimile, copies of the counterfeit driver's licenses and credit cards in order to fraudulently obtain the used vehicles;

g. falsified sales contracts by forging the signatures of the stolen credit card holders, and then transmitted the sales contracts to the victim dealerships via Federal Express, email, and facsimile;

h. used stolen credit card information to pay United States-based automobile transportation companies to deliver the fraudulently purchased vehicles to various staging locations throughout the United States, including Columbus, Ohio, where defendant EDMUND SESHIE took possession of several fraudulently purchased vehicles, and New York, New York, where defendant ABDUL REZAK SHAIB took possession of several fraudulently purchased vehicles, before said vehicles were ultimately shipped to New Jersey;

i. paid a NVOCC to ship the fraudulently procured vehicles, via commercial cargo container from ports in New Jersey, including the Port of New Jersey in Elizabeth, New Jersey, to various destinations overseas, including the Port of Tema in Accra, Ghana, before the victim dealerships received a chargeback from the credit card issuers based on the identity theft;

j. sold the fraudulently obtained vehicles in various countries, including Ghana; and

5

      k.    defendant HENRY ADDO motivated his United States-based coconspirators, including defendants EDMUND SESHIE and ABDUL REZAK SHAIB, to participate in the conspiracy by invoking Sakawa.

16. In furtherance of the conspiracy and to effect and accomplish the objects thereof, the following overt acts, among others, were committed within the Southern District of California, and elsewhere:

      a.    On or about July 27, 2012, defendant HENRY ADDO used a stolen credit card to fraudulently purchase a 2009 Toyota Camry for $17,669.88 from the Team Kia Automobile Dealership in El Cajon, California;

      b.    On or about August 1, 2012, defendant EDMUND SESHIE used Federal Express to send a forged sales contract in the name of D.D. from Columbus, Ohio, to El Cajon, California, to complete the sale of the 2009 Toyota Camry.

      c.    On or about August 9, 2012, defendant HENRY ADDO used a stolen credit card to fraudulently pay a transportation company in Los Angeles, California, to deliver the 2009 Toyota Camry fraudulently purchased from Team Kia to Columbus, Ohio.

      d.    On or about August 14, 2012, defendants HENRY ADDO and EDMUND SESHIE corresponded via email about the 2009 Toyota Camry fraudulently purchased from the Team Kia Automobile Dealership in El Cajon, California. Specifically, defendant HENRY ADDO stated, "[D]a Camry is coming," and after discussing another fraudulently

6

purchased vehicle, defendant EDMUND SESHIE replied, "[I]f only you can be able to tell me the [C]amry will be here on time."

e. On or about August 22, 2012, during a consensually recorded call with undercover law enforcement agents, defendant HENRY ADDO (while pretending to be D.D.) spoke about the timing of the delivery of the 2009 Camry, defendant ADDO's payment to a transportation broker, and the delivery of the fraudulently acquired car to "J.D.," his brother.

f. On or about August 22, 2012, shortly after the phone call with ADDO and the undercover agent, defendant EDMUND SESHIE met with undercover agents posing as employees of the transportation company and took possession of the 2009 Toyota Camry fraudulently purchased from the Team Kia Automobile Dealership in El Cajon, California.

g. On or about the dates set forth in the chart below, defendants HENRY ADDO, EDMUND SESHIE, and ABDUL REZAK SHAIB fraudulently purchased or attempted to purchase used vehicles from the United States-based automobile dealerships using the manner and means discussed above:

| Date | Automobile Dealership | Vehicle Type | Purchase Price |
|---|---|---|---|
| 10/3/2011 | Kolar Toyota - Duluth, MN | 2002 Toyota Corolla | $3,990 |
| 11/29/2011 | Palm Beach Toyota - West Palm Beach, FL | 2007 Acura RDX | $14,500 |
| 12/1/2011 | Buy Here Autos - Marietta, GA | 2007 Toyota Corolla | $10,762 |
| 12/5/2011 | Peggy's Auto Sales - Hendersonville, TN | 2008 Dodge Caliber | $7,818 |

7

| Date | Automobile Dealership | Vehicle Type | Purchase Price |
|---|---|---|---|
| 12/6/2011 | KG Motors - Westchester, OH | 2010 Toyota Corolla | $12,240 |
| 12/6/2011 | Precision Toyota - Tucson, AZ | 2011 Toyota Corolla | $18,300 |
| 12/7/2011 | Hardee Auto Sales - Conway, SC | 2007 Toyota Corolla | $8,160 |
| 12/7/2011 | TW Auto Sales - Murray, UT | 2007 Toyota Corolla | $9,000 |
| 12/8/2011 | Express Auto Sales - Lexington, KY | 2007 Toyota Corolla | $8,223 |
| 12/8/2011 | Auto Assets - Powell, OH | 2006 Toyota Corolla | $7,610 |
| 12/13/2011 | Community Motors - Hammond, LA | 2008 Toyota Tacoma | $13,770 |
| 12/16/2011 | Cars on Broadway - Englewood, CO | 2009 Toyota Corolla | $11,350 |
| 12/19/2011 | DarCars Toyota - Frederick, MD | 2009 Toyota Corolla | $10,188 |
| 1/7/2012 | Woody Buick GMC - Elgin, IL | 2009 Toyota Corolla | $12,090 |
| 1/24/2012 | Enumclaw Auto Exchange - Enumclaw, WA | 2006 Toyota Corolla | $7,177 |
| 2/10/2012 | Ethan Hunt Automotive - Mobile, AL | 2009 Toyota Camry | $15,000 |
| 2/19/2012 | Auto Fair Honda - Plymouth, MA | 2009 Toyota Camry | $14,722 |
| 2/21/2012 | Maximum Auto Outlet - Manasas Park, VA | 2011 Toyota Camry | $15,150 |
| 3/2/2012 | Matthews Ford - Broken Arrow, OK | 2010 Toyota Camry | $15,665 |
| 3/2/2012 | Miami Lakes Auto Mall - Miami, FL | 2009 Toyota Camry | $12,013 |
| 3/22/2012 | Avondale Auto - Avondale, AZ | 2007 Honda CRV | $19,847 |
| 4/4/2012 | Nations Truck Center - Sanford, FL | 2005 Mercedes C230 | $16,036 |
| 4/19/2012 | Berman's Automotive - Baltimore, MD | 2010 Toyota Camry | $18,750 |
| 4/21/2012 | Morrie's Automotive Group - Golden Valley, MN | 2010 Toyota Camry | $14,690 |
| 4/25/2012 | Morrie's Automotive Group - Golden Valley, MN | 2009 Toyota Camry | $14,993 |
| 5/29/2012 | Tomlinson Motor Company - Gainesville, FL | 2009 Hyundai Tucson | $15,435 |
| 5/30/2012 | Holt Chrysler - Arlington, TX | 2008 Dodge Caliber | $8,693 |
| 6/20/2012 | Longmont Auto Brokers - Longmont, CO | 2009 Dodge Caliber | $8,900 |

8

| Date | Automobile Dealership | Vehicle Type | Purchase Price |
|---|---|---|---|
| 6/20/2012 | Dan Cummins Chevrolet - Davis, KY | 2011 Toyota RAV 4 | $16,000 |
| 6/21/2012 | JNM Automotive - Leesburg, VA | 2005 Toyota Corolla | $8,300 |
| 7/31/2012 | O'Hara Motors - Fallmouth, MA | 2010 Honda Insight | $16,250 |
| 8/1/2012 | Heritage Nissan - Rome, GA | 2009 Nissan Rouge | $14,324 |
| 8/1/2012 | Lewis and Clark Ford - Yankton, SD | 2009 Nissan Rouge | $11,900 |
| 8/3/2012 | Veterans Ford - Metairie, LA | 2006 Honda Civic | $5,000 |
| 8/3/2012 | Lute Riley Honda - Richardson, TX | 2009 Toyota Camry | $11,557 |
| 8/3/2012 | Dodge Country - Kileen, TX | 2010 Hyundai Elantra | $14,569 |
| 8/3/2012 | Gillman Chevrolet - San Benito, TX | 2011 Hyundai Elantra | $15,167 |
| 8/8/2012 | Wilkes Nissan - Wilkesboro, NC | 2009 Nissan Murano | $15,893 |
| 8/10/2012 | Critz Mercedes Benz - Savanah, GA | 2013 Mercedes Benz C250 | $39,730 |
| 8/22/2012 | Mercedes Benz of Silver Spring - Silver Springs, MD | Mercedes Benz C-Class | $40,000 |
| 10/2/2012 | Kileen Toyota - Kileen, TX | 2006 Toyota Corolla | $9,300 |
| 11/5/2012 | Dan Cummins Chevrolet - Paris, KY | 2011 Toyota Camry | $13,897 |

All in violation of Title 18, United States Code, Section 1349.

Count 2

18 U.S.C. § 1341

MAIL FRAUD

17.  The introductory allegations contained at paragraphs 1 through 11 as well as the allegations contained at paragraphs 15 and 16 of this Indictment are realleged.

//
//
//

9

18. Beginning on a date unknown, but no later than October 2011, and continuing until at least February 2013, within the Southern District of California and elsewhere, defendants HENRY ADDO, aka Amah, aka Amma, aka Armah, EDMUND SESHIE, aka Eddie Bay, and ABDUL REZAK SHAIB, aka Zak, with the intent to defraud, devised and intended to devise a scheme to defraud as to material matters and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and the concealment of material facts.

19. The allegations contained at paragraphs 14 through 16 of this Indictment are realleged as more fully describing the scheme.

## MAILINGS IN FURTHERANCE OF THE SCHEME

20. For the purpose of executing and attempting to execute the above-described scheme, on or about the following date, within the Southern District of California and elsewhere, defendants HENRY ADDO, aka Amah, aka Amma, aka Armah, EDMUND SESHIE, aka Eddie Bay, and ABDUL REZAK SHAIB, aka Zak, caused to be delivered by private and commercial interstate carrier according to directions thereon, the following matter:

| Count | Date | Sender Location | Recipient Location | Item |
|---|---|---|---|---|
| 2 | 8/1/2012 | Columbus, OH | Team Kia Automobile Dealership El Cajon, California | Forged Sales Contract for 2009 Toyota Camry |

All in violation of Title 18, United States Code, Sections 1341 and 2.

//
//
//
//

Counts 3-4

18 U.S.C. § 1343

WIRE FRAUD

21. The introductory allegations contained at paragraphs 1 through 11 as well as the allegations contained at paragraphs 15 and 16 of this Indictment are realleged.

22. Beginning on a date unknown, but no later than October 2011, and continuing until at least February 2013, within the Southern District of California and elsewhere, defendants HENRY ADDO, aka Amah, aka Amma, aka Armah, EDMUND SESHIE, aka Eddie Bay, and ABDUL REZAK SHAIB, aka Zak, with the intent to defraud, devised and intended to devise a scheme to defraud as to material matters and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and the concealment of material facts.

23. The allegations contained at paragraphs 14 through 16 of this Indictment are realleged as more fully describing the scheme.

WIRE TRANSMISSIONS IN FURTHERANCE OF THE SCHEME

24. On or about the dates set forth below, defendants transmitted and caused to be transmitted by means of wire and radio communication in interstate and foreign commerce the following writings, sign, signals and sounds, for the purpose of executing the scheme:

//
//
//
//
//
//

| Count | Date | Originator | Recipient | Transmission |
|---|---|---|---|---|
| 3 | 7/20/2012 | HENRY ADDO Accra, Ghana | Team Kia Automobile Dealership - El Cajon, CA | VOIP Phone Call |
| 4 | 7/20/2012 | HENRY ADDO Accra, Ghana | Team Kia Automobile Dealership - El Cajon, CA | Email of Copy of Counterfeit California Driver's License |

All in violation of Title 18, United States Code, Sections 1343 and 2.

### Counts 5 - 29

### 18 U.S.C. § 1028A

### AGGRAVATED IDENTITY THEFT

25. The allegations contained at paragraphs 1 through 10 of this Indictment are realleged as if fully set forth herein.

26. On or about the dates set forth below, within the Southern District of California and elsewhere, defendant HENRY ADDO, aka Amah, aka Amma, aka Armah, knowingly transferred, possessed, and used, and caused to be transferred, possessed, and used, without lawful authority, a means of identification of another person (listed below by initials only), knowing that the means of identification belonged to another person, during and in relation to a felony violation of Title 18, United States Code, Section 1349, conspiracy to commit mail fraud and wire fraud, all as set forth below:

| Count | Date | Individual | Means of Identification |
|---|---|---|---|
| 5 | 10/3/2011 | S.M. | Name, date of birth |
| 6 | 11/29/2011 | S.M. | Name, date of birth |
| 7 | 12/1/2011 | S.M. | Name, date of birth |
| 8 | 12/5/2011 | S.M. | Name, date of birth |
| 9 | 12/6/2011 | S.M. | Name, date of birth |
| 10 | 12/6/2011 | C.S. | Name, date of birth |
| 11 | 12/7/2011 | S.M. | Name, date of birth |
| 12 | 12/8/2011 | S.M. | Name, date of birth |
| 13 | 12/8/2011 | S.M. | Name, date of birth |

| Count | Date | Individual | Means of Identification |
|---|---|---|---|
| 14 | 12/13/2011 | S.M. | Name, date of birth |
| 15 | 12/16/2011 | S.M. | Name, date of birth |
| 16 | 12/19/2011 | S.M. | Name, date of birth |
| 17 | 2/21/2012 | M.M. | Name, date of birth |
| 18 | 5/29/2012 | S.V. | Name, date of birth |
| 19 | 5/30/2012 | L.C. | Name, date of birth |
| 20 | 7/20/2012 | D.D. | Name, date of birth |
| 21 | 7/31/2012 | D.D. | Name, date of birth |
| 22 | 8/1/2012 | D.D. | Name, date of birth |
| 23 | 8/1/2012 | D.D. | Name, date of birth |
| 24 | 8/3/2012 | D.D. | Name, date of birth |
| 25 | 8/3/2012 | D.D. | Name, date of birth |
| 26 | 8/3/2012 | D.D. | Name, date of birth |
| 27 | 8/3/2012 | D.D. | Name, date of birth |
| 28 | 8/8/2012 | D.D. | Name, date of birth |
| 29 | 8/10/2012 | D.D. | Name, date of birth |

All in violation of Title 18, United States Code, Section 1028A.

<u>FORFEITURE ALLEGATION</u>

The allegations contained in Counts 1 through 4 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c). Upon conviction of the offenses in violation of Title 18, United States Code, Sections 1349, 1341 and 1343 set forth in Counts 1 through 4 of this Indictment, the defendants HENRY ADDO, aka Amah, aka Amma, aka Armah, EDMUND SESHIE, aka Eddie Bay, and ABDUL REZAK SHAIB, aka Zak, shall forfeit to the United States of America any property, real or personal, which constitutes or is derived from proceeds traceable to such violations. The property to be forfeited includes, but is not limited to, a sum of money equal to the total amount of proceeds obtained directly or indirectly as a result of the offenses.

//

//

If any of the property described above, as a result of any act or omission of the defendant:

    a.   cannot be located upon the exercise of due diligence;

    b.   has been transferred or sold to, or deposited with, a third party;

    c.   has been placed beyond the jurisdiction of the court;

    d.   has been substantially diminished in value; or

    e.   has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c), up to the full amount of forfeitable property described above.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

DATED: May 23, 2014.

A TRUE BILL:

_____
Foreperson

LAURA E. DUFFY
United States Attorney

By: _____
W. MARK CONOVER
Assistant U.S. Attorney

By: _____
JAMES P. MELENDRES
Assistant U.S. Attorney

14